UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:11-CR-12-1H
Docket No. 4:11-CR-12-2H
Docket No. 4:11-CR-12-3H
Docket No. 4:11-CR-12-4H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NABIL NAFIZ MUSTAFA | ) | |
| EMAD HASAN TAWFIQ WSHAH | ) | |
| MAMOUN HASAH WSHAH | ) | |
| SOBHI SULIEMAN SHEHADEH | ) | |
| Defendants | ) | |

These matters are before the court on the U.S. Probation Officer's motion to continue the sentencings in the above cases, presently scheduled for Wednesday, July 6, 2011, in Greenville. The cases are hereby CONTINUED to September 13, 2011 in Greenville, North Carolina.

This 23rd day of June 2011.

_____
Malcolm J. Howard
Senior U.S. District Judge